# NORMAN ROSER

Attorney-Mediator
3203 Mercer, Suite 200
Houston, Texas 77027
Telephone (713) 877-8585 / Facsimile (713) 877-8587
www.greenwaymediation.com

June 22, 2012

United States Courts
Southern District of Texas
FILED

JUN 26 2012

David J. Bradley, Clerk of Court

Mr. David J. Bradley, Clerk
The United States District Court
P. O. Box 61010
Houston, Texas 77208

Re:   Civil Action No. 4:10-cv-02540; *Kelly Cherelle Price v. New Light Church, IRA Hilliard, Bridget Hilliard, and Preshea Hilliard;* In the United States District Court For the Southern District of Texas, Houston Division.

Dear Mr. Bradley:

Please be advised that all parties in the above referenced suit mediated their claims at the Greenway Mediation Center with me on June 21, 2012.

**Settlement was reached** as to all issues and between all parties.

I appreciate the opportunity to have been of service to this Court. If I can be of further assistance to the Court, please let me know.

Sincerely,

NORMAN ROSER
Attorney-Mediator

NLR/lp
cc:   Matthew C. Broaddus
      Robert H. Rckers
      David W. Showalter